# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2007

132218

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARY ELLEN McDONALD,
      Plaintiff-Appellee,

v

FARM BUREAU INSURANCE CO,
      Defendant-Appellant.

SC: 132218
COA: 259168
Genesee CC: 03-076398-NF

_____/

     On order of the Court, the plaintiff's request to file a supplemental brief is GRANTED. Within 21 days of the date of this order, the plaintiff may file a supplemental brief addressing only the constitutionality of an appellate court's determination that a decision shall have prospective application. The defendant may file a response brief no later than 14 days after the plaintiff's supplemental brief is filed.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2007

_____
Clerk

11009